01
02
03
04
05
06                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  UNITED STATES OF AMERICA,        )
                                     )   CASE NO. MJ 16-204
09          Plaintiff,               )
                                     )
10      v.                           )
                                     )   DETENTION ORDER
11  HAI VAN NGUYEN,                  )
                                     )
12          Defendant.               )
    _____)
13

14  <u>Offense charged</u>:       Conspiracy to Commit Wire Fraud; Mail Fraud; Wire Fraud

15  <u>Date of Detention Hearing</u>:   May 10, 2016.

16          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and
17  based upon the factual findings and statement of reasons for detention hereafter set forth, finds
18  that no condition or combination of conditions which defendant can meet will reasonably
19  assure the appearance of defendant as required and the safety of other persons and the
20  community.

21          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22          1.      Defendant is charged with the above-listed offenses in the District of

DETENTION ORDER
PAGE -1

Connecticut. He has waived an identity hearing in this District and an Order of Transfer has been signed.

2. Defendant is a lawful permanent resident and a citizen of Vietnam. The alleged offense conduct involves an immigrant visa fraud scheme targeting members of the Vietnamese community in the United States. Defendant has made numerous trips to Vietnam since 2011, some for multiple months. The AUSA alleges that defendant has no legitimate employment or other legitimate source of income, and gambles on multiple days per week. The government contends that defendant spent over $4,000,000 in casino gambling in the last several years.

3. The AUSA contends that defendant has been difficult to track by virtue of using a multitude of addresses, frequently changing residences, and using false addresses on financial accounts. The AUSA proffers that other jurisdictions may be investigating similar charges.

4. The defendant has no ties to the charging district.

5. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community. However, the charging district may wish to readdress the issue of detention when defendant makes his first appearance in that court.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 10th day of May, 2016.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3